Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| PARSONS, PATRICK R | ) | CASE NO. 05-03235-PHX-RTB |
| PARSONS, DANIELLE | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1011 | 11/20/09 | DESERT ADVOCATE<br>6528 E. Cave Creek Rd. #A<br>Cave Creek, AZ 85331 | $194.37 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $194.37 to the Clerk of Court to be deposited in the Registry thereof.

July 1, 2010                                       /S/ Maureen Gaughan
DATE                                               Maureen Gaughan, Trustee